## Ebaugh Motor Vehicle Operator License Case.

Argued September 10, 1969. *J. Edward Pawlick,* for appellant; *Elmer T. Bolla,* Deputy Attorney General, with him *William C. Sennett,* Attorney General, for Commonwealth, appellee.

Order affirmed.

## Edmonston *v.* Edmonston, Appellant.

Argued September 11, 1969. *Alvin D. Capozzi,* with him *Capozzi and Greenfield,* for appellant; *Maurice H. Goldstein,* with him *Gerald B. Greenwald,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce, on the ground of indignities in this case.